

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JAN 31 2018

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| MICHAEL D. PRICE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIV. ACTION NO: 4:18-cv-00057-A |
| | § | |
| UNITED WAY OF TARRANT | § | |
| COUNTY, | § | |
| | § | |
| Defendant. | § | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF RELATED CASE

As required under Local Rule 3.3, Plaintiff serves this Notice of Related Case because this case arises from a common nucleus of operative fact as *Coneisha L. Sherrod v. United Way Worldwide and United Way of Tarrant County*, No. 4:17-cv-00758-O, pending in the U.S. District Court, Northern District of Texas, Fort Worth Division, before the Honorable Reed O'Connor.

Dated: <u>January 26, 2018</u>

Respectfully submitted,

<u>/s/ Courtney Barksdale Perez</u>
E. Leon Carter
Texas Bar No. 03914300
lcarter@carterscholer.com
Courtney Barksdale Perez
Texas Bar No. 24061135
cperez@carterscholer.com
**CARTER SCHOLER PLLC**
8150 N. Central Expressway
Suite 500
Dallas, Texas 75206
(214) 550-5052 (phone)
(214) 550-8185 (fax)

**ATTORNEYS FOR PLAINTIFF
MICHAEL D. PRICE**